1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMP Old Orchard, LP, a Delaware Limited Partnership,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Denny Lee individually and doing business as Busy Bee Alterations & Cleaners; Teresa Skidell individually and doing business as SNO-White Cleaners; Mae Luster individually and doing business as Luster's Cleaners; Newhall Land and Farming Company, a California Corporation, Newhall Investment Properties, a California Limited Partnership and DOES 1-20,<br><br>　　　　　Defendants. | Case No. CV 12-00473-JAK-SH<br><br>**JUDGMENT AGAINST DEFENDANTS MAE LUSTER, THERESA SKIDELL, AND NEWHALL INVESTMENT PROPERTIES** |

---

JUDGMENT

# JUDGMENT

The Court granted the application of CMP Old Orchard, LP ("Plaintiff") for a default judgment as to Defendants Mae Luster, Theresa Skidell and Newhall Investment Properties. Accordingly, **JUDGMENT** is entered against Mae Luster, Theresa Skidell and Newhall Investment Properties. Judgment is entered against Mae Luster in the amount of $446,488.12. Judgment is entered against Theresa Skidell in the amount of $446,488.12. Judgment is entered against Newhall Investment Properties in the amount of $19,412.50. Any payment by any of the judgment debtors shall result in a reduction of that same dollar amount from the amounts then due from the two other judgment debtors.

**IT IS SO ORDERED.**

DATED: February 17, 2015

_____
JUDGE JOHN KRONSTADT
United States District Judge